No. 559.   NEW AMSTERDAM CASUALTY CO. *v.* A. CIMPI
EXPRESS LINES, INC. ET AL.   Court of Appeals of New
York.   Certiorari denied.   *George R. Fearon* for peti-
tioner.   *Charles D. Lewis* for A. Cimpi Express Lines,
Inc.; and *George F. Roesch, 2nd,* for Gullberg, respond-
ents.

No. 564.   TUCKER PRODUCTS CORP. *v.* HELMS ET AL.
C. A. 9th Cir.   Certiorari denied.   *Herbert Resner* for
petitioner.   *James W. Harvey* for respondents.

No. 582.   HAZELTINE RESEARCH, INC. *v.* GENERAL MO-
TORS CORP.   C. A. 6th Cir.   Certiorari denied.   *Miles D.
Pillars, Philip F. LaFollette, Leonard A. Watson* and
*Laurence B. Dodds* for petitioner.   *Drury W. Cooper,
Stephen H. Philbin* and *C. Blake Townsend* for respond-
ent.

No. 235, Misc.   MORANDY *v.* UNITED STATES.   C. A.
9th Cir.   Certiorari denied.   *Morris Lavine* for petitioner.
*Solicitor General Perlman, Robert S. Erdahl* and *John R.
Benney* for the United States.

No. 245, Misc.   JACKSON *v.* HIATT, WARDEN.   C. A.
5th Cir.   Certiorari denied.   Petitioner *pro se.   Solici-
tor General Perlman, Robert S. Erdahl* and *Joseph M.
Howard* for respondent.

No. 247, Misc.   GRIMM *v.* STEWART, WARDEN.   Su-
preme Court of Missouri.   Certiorari denied.   Petitioner
*pro se.   J. E. Taylor,* Attorney General of Missouri,
*Gordon P. Weir* and *Samuel Watson,* Assistant Attorneys
General, for respondent.